Federico J. Pérez Almiroty, demandante y apelante, *v.* La Sociedad para la Protección y Defensa del Niño, demandada y apelada.

Número 11687.

*Sometido:* 5 de marzo de 1956. *Resuelto:* 21 de marzo de 1957.

F. J. *Pérez Almiroty pro se* y *José A. Suro, Alberto Picó* y *Carlos D. Vázquez,* abogados del apelante; *Francisco M. Susoni, hijo,* abogado de la apelada.

## SENTENCIA

San Juan, Puerto Rico, a 21 de marzo de 1957.

Examinados los autos y estudiadas las cuestiones planteadas, este Tribunal es de opinión que debe revocarse la sentencia apelada dictada por el Tribunal Superior de Puerto Rico, Sala de San Juan, con fecha 6 de mayo de 1955, en el caso del epígrafe, declararse con lugar la demanda y, en su consecuencia, condenarse, como por la presente se condena, a la Sociedad demandada a pagar al demandante la suma de

$500.00, más las costas en el tribunal a quo, e intereses al tipo legal a partir de la fecha de esta sentencia.

Así lo pronunció y manda el Tribunal y firma el señor Juez Presidente. Los Jueces Asociados señores Negrón Fernández, Belaval y Saldaña no intervinieron.

(Fdo.) A. C. SNYDER,
*Juez Presidente,*

Certifico:

(Fdo.) IGNACIO RIVERA,
*Secretario.*